**FILED**
10/3/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
AUG 29 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Barrett Whittenburg
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16-cv-8466
Judge John Robert Blakey
Magistrate Judge Maria Valdez
PC7

vs.

Thomas Dart Sheriff of Cook County, And Cook County Illinois
John Doe Sheriff
John Doe Sheriff
John Doe Sheriff
John Doe Sheriff
John Doe Sheriff

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:          **AMENDED COMPLAINT**

    X         **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              U.S. Code (state, county, or municipal defendants)

    ___       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

    ___       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Garrett Whittenburg

   B. List all aliases: _____

   C. Prisoner identification number: 20130925123

   D. Place of present confinement: Cook County Jail

   E. Address: P.O Box 089002 Chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart

   Title: Sheriff of Cook County And Cook County Illinois

   Place of Employment: Cook County Corrections

   B. Defendant: John Doe

   Title: Sheriff

   Place of Employment: Cook County Corrections

   C. Defendant: John Doe

   Title: Sheriff

   Place of Employment: Cook County Corrections

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

Defendant: John Doe

Title: Sheriff

Place of Employment: Cook County Corrections


Defendant: John Doe

Title: Sheriff

Place of Employment: Cook County Corrections


Defendant: John Doe

Title: Sheriff

Place of Employment: Cook County Corrections

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 15 CV 3010

B. Approximate date of filing lawsuit: 4/29/15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Garrett Whittenburg

D. List all defendants: Thomas Dart, Sheriff of Cook County, And Cook County, Illinois

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: Honorable Judge John Robert Blakey

G. Basic claim made: 3,750.00 settlement payment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case was settled

I. Approximate date of disposition: 2/28/16

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 29, 2015 in Division 10 Tier 1-A on the 11-7 shift during a lock check I asked LT. Bowen for a psych evaluation. I was feeling suicidal. LT. Bowen told me nothing. So when my door came open I stepped out in a aggressive manner. I was immediately sprayed with mace and tackled to the ground by multiple officers. While being on the ground one of my arms was held behind my back while my other arm was pinned to my side. Officers took turns kneeing and punching me in my face and all over my body. I was choked by officers and my face was slammed repeatly into the ground by officers. All while the officers kept yelling stop resisting. I was punched in the face by an officer who used handcuffs as brass knuckles. I was also hit in the face with a police walkie talkie. This all caused me to fall in and out of conscious. Finally the handcuffs were place on me behind my back. I was laying face down in a pool of my own blood. I was then drag by my feet back into my cell. One of my feet were twisted intentionally

4

Reviewed: 8/2013

by one of the officer "Left". I was still cuffed to the back in my cell with the whole left side of my face swollen beyond recognition. My left side of my face was split above my eye and under my eye. I was left like this for what felt like over an hour, while correctional officers went from door to door finishing there lock check and in some lock check beating other detainees as well. Finally the correctional officer and a Sgt. came to get me and take me to the dispensary in Division 10. The Dispensary referred me to Cermak Immediately and nurse even insisted on pushing me to Cermak in a wheelchair due to my condition in which the officer said he can't get a wheelchair. Upon going to Cermak I was placed in what is called the basement of Division 10. I was held there for over a 2 hour waiting to go to Cermak. Upon making it to Cermak it was near 5:00 a.m. On April 30, 2015 I was seen by a med tech who referred me to see the doctor the doctor took one look at my face and Immediately called the paramedic to come get me and take me to Stroger hospital. 20 min later I was in the Ambulance going to Stroger Hospital Trauma Unit where I was treated for my injuries. Also there was a held hand camera on the scene when this incident took place. The officer and the Sgt. Interview me on camera with my wounds open. Stroger hospital sewed my wounds shut. I request all video footage. Also I never strucked any officer during this incident.

5                                                                 Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to determine the amount I recieve for compensated damages, Punitude damage, and direct damage

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20\_\_\_\_

_Garrett Whittenburg_
(Signature of plaintiff or plaintiffs)

Garrett Whittenburg
(Print name)

20130925123
(I.D. Number)

P.O Box 089002
Chicago Il, 60608
(Address)

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

---

**! This section is to be completed by Program Services staff - ONLY !**  *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [x] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*

PRINT - FIRST NAME *(Primer Nombre):*

ID Number *(# de identificación):*

DIVISION *(División):*

LIVING UNIT *(Unidad):*

DATE *(Fecha):*  ___ / ___ / ___

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)*

---

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*

---

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:  ___ / ___ / ___

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:  ___ / ___ / ___

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

---

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

---

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*:

PRINT - FIRST NAME *(Primer Nombre)*:

ID Number *(# de identificación)*:

DIVISION *(División)*:

LIVING UNIT *(Unidad)*:

DATE *(Fecha)*: ___/___/15

---

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)*

---

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso)*:

---

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: ___/___/15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

---

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado sólo por el personal de Program Services.!)*

**GRIEVANCE FORM PROCESSED AS:**
- ☒ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*:

PRINT - FIRST NAME *(Primer Nombre)*:

ID Number *(# de identificación)*:

DIVISION *(División)*:

LIVING UNIT *(Unidad)*:

DATE *(Fecha)*: ___/___/___

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

---

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso)*:

---

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: ___/ 2 /___

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___/___/___

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Inmate Copy

# Inmate Grievance Number: 2015 x 2257

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

**CONTROL #** 20152272

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| [illegible] | [illegible] | 20130040123 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** [illegible handwriting]

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):** [illegible]

**DATE REFERRED:** ___/___/___

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** [illegible handwriting]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: 5/13/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: ___/___/___ |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):** [signature]

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 5/___/___

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud del la apelacion del detenido): ___/___/___

**INMATE'S BASIS FOR AN APPEAL** (Base del detenido para una apelacion): [illegible handwriting]

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Sí) ☐   No ☑

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** (Decision o recomendacion por parte del administrador o / su designado(a)): [illegible]

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): ___/___/___ |

**INMATE SIGNATURE** (Firma del Preso):

**DATE INMATE RECEIVED APPEAL RESPONSE:** (Fecha en que el Preso recibio respuesta a su apelacion): ___/___/___



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015 2368

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Whittenbury
INMATE FIRST NAME (Primer Nombre): Garrett
ID Number (# de identificación): [illegible]

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: [illegible handwriting — "No medical treatment"]

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): [blank]

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): [illegible]

DATE REFERRED: 5/8/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: [illegible handwriting]

PERSONNEL RESPONDING TO GRIEVANCE (Print): [illegible]
SIGNATURE: [illegible]
DIV. / DEPT.: [blank]
DATE: __/__/15

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): [blank]
SIGNATURE: [blank]
DIV. / DEPT.: [blank]
DATE: __/__/__

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): [signature]

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): __/__/__

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelacion del detenido): __/__/15

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion): [illegible handwriting]

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐    No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)): [illegible]

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): [illegible]
SIGNATURE (Firma del Administrador o / su Designado(a)): [signature]
DATE (Fecha): __/__/15

INMATE SIGNATURE (Firma del Preso): [blank]

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibio respuesta a su apelacion): __/__/__



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: _____

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* _____
INMATE FIRST NAME *(Primer Nombre):* _____
ID Number *(# de identificación):* _____

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: _____ Medical treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): _____

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 5/2/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: _____

PERSONNEL RESPONDING TO GRIEVANCE (Print): _____
SIGNATURE: _____
DIV. / DEPT.: _____
DATE: 5/20/15

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____
SIGNATURE: _____
DIV. / DEPT.: _____
DATE: _____

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* _____

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* _____

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* _____

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Sí)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):* _____

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* _____
SIGNATURE *(Firma del Administrador o / su Designado(a)):* _____
DATE *(Fecha):* _____

INMATE SIGNATURE *(Firma del Preso):* _____

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion):* _____

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☒ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 20152257

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME: Whittenburg
INMATE FIRST NAME: Garrett
ID Number: 20130025123

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Claims assault (physical) by sworn staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): [illegible] inmate to file new grievance to address his [illegible]

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: OPR-IIS
DATE REFERRED: 5/2/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: - See attachment -

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sgt. L. Hamilton
SIGNATURE: Sgt. [illegible]
DIV./DEPT.: IIS
DATE: 5/12/15

INMATE SIGNATURE: [signature]

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 5/7/15

INMATE'S BASIS FOR AN APPEAL: That nobody came to talk to me about this situation and wasn't no pictures where taken of my injuries. Investigators

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐  No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION: Please address any questions or additional information directly with OPR @ attached contact info.

ADMINISTRATOR / DESIGNEE: Theresa Olson
SIGNATURE: Theresa Olson
DATE: 5/15/15

INMATE SIGNATURE: Refused UB 1:37 pm
DATE INMATE RECEIVED APPEAL RESPONSE: 5/15/15

FCN-48 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR