IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Garrett Whittenburg (2013-0925123), | |
| Plaintiff, | |
| v. | Case No. 16 C 8466 |
| Thomas Dart, et al., | Judge John Robert Blakey |
| Defendants. | |

### ORDER

Plaintiff's interrogatories [12] are stricken from the record. As Plaintiff was instructed in the Court's October 3, 2016 Order, *see* [6], he should serve his interrogatories on Defendant Dart's counsel to obtain information regarding the identities of the unknown John Doe officers. Once Plaintiff has done so, he should submit an amended complaint identifying the unknown officers so that they may be served. Once the unknown officers are named, Defendant Dart (who remains in the case as a nominal Defendant) will be dismissed as a party.

Dated: November 21, 2016

ENTERED:

_____
John Robert Blakey
United States District Judge