# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Garrett Whittenburg (2013-0925123), | |
| Plaintiff, | Case No. 16 C 8466 |
| v. | Judge John Robert Blakey |
| Thomas Dart, et al., | |
| Defendants. | |

## **ORDER**

     This Court previously issued an Order allowing the complaint to proceed against Sheriff Dart as a nominal defendant, so that Plaintiff could obtain information regarding the identities of unknown John Doe officers. *See* [13]. At this time Plaintiff has no claims against Sheriff Dart, and Sheriff Dart remains in this case as a necessary party solely for purposes of responding to any discovery requests for information regarding the identity of the unnamed defendants. Sheriff Dart is not obligated to file an answer to Plaintiff's complaint or proposed amended complaints. Once Plaintiff identifies the John Doe defendants and files an amended complaint naming those individuals, Sheriff Dart will be dismissed as a Defendant unless new claims are added against him.

Dated: January 5, 2017

                                            ENTERED:

                                            John Robert Blakey
                                            United States District Judge