IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Garrett Whittenburg (R-12712), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16 C 8466 |
| v. ) | |
| ) | Judge John Robert Blakey |
| Thomas Dart, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 12, 2016, the Court received correspondence from the Trust Fund Officer at Danville Correctional Center, inquiring as to the balance owed in this case. *See* [16]. The Court's fiscal department represents that, as of the date of this Order, a total of $15.29 has been paid toward the filing fee in this case, and $334.71 remains outstanding. The Clerk is instructed to mail a copy of this Order to Shannon Sprouls, Trust Fund Officer, Danville Correctional Center, 3820 East Main Street, Danville, IL 61834.

Dated: December 29, 2016

ENTERED:

_____
John Robert Blakey
United States District Judge